UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Beth Akers v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12356-DRH |
| *Donnetta Ghys v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10313-DRH |
| *Adelfina Gomez v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10326-DRH |
| *Ashley Grasham v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11644-DRH |
| *Shelly Grove-Horn v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10865-DRH |
| *Amy Grow v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10325-DRH |
| *Kelly Gruenewald v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11803-DRH |
| *Mary Gumm v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13099-DRH |
| *Tara Halcomb v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12497-DRH |
| *Lisa Hensley v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10968-DRH |
| *Evelyn Hightower v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12843-DRH |
| *Sandra Hodges v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12844-DRH |

| | |
|---|---|
| *Jessica Howard v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10337-DRH |
| *Brittany Hutchinson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12228-DRH |
| *Ciara Ignacio v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11548-DRH |
| *Janey Ingersoll v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10338-DRH |
| *Melody Jackson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 09-cv-20148-DRH |
| *Jennifer Johnson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10340-DRH |
| *Tamra Jones v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11642-DRH |
| *Jessica Kamen v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10341-DRH |
| *Suzanne Kapetanovic v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12717-DRH |
| *Kelly King v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10319-DRH |
| *Deborah Konopka v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13572-DRH |
| *Lauren Lindstrom v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11412-DRH |
| *Angela Lucas v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10263-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                      **JUSTINE FLANAGAN,**
                      **ACTING CLERK OF COURT**

                      **BY:** __/s/*Caitlin Fischer*__
                              **Deputy Clerk**

Date: October 16, 2014

Digitally signed by David R. Herndon
Date: 2014.10.16 12:54:19 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT

3